## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE DINNER BELL CAFÉ, INC., BILL'S PIZZA PALM SPRINGS, and BILL'S GRILL 1 LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN BANCARD, LLC,<br><br>Defendant. | Case No. 1:15-cv-03059-SCJ |

## MOTION TO DISMISS

Defendant North American Bancard, LLC ("NAB") respectfully files this Motion to Dismiss Plaintiffs' Class Action Complaint (the "Complaint") under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). First, Plaintiffs fail to state a claim on which relief can be granted. Each of Plaintiffs' six claims depend on an alleged contract between Plaintiffs and NAB, but, on the face of the contract on which Plaintiffs' claims are based, it is plain and obvious that NAB has no contractual relationship with Plaintiffs. Second, Plaintiffs have brought this putative class action under the Class Action Fairness Act ("CAFA"), but they have failed to allege sufficient facts to establish that the amount in controversy under

CAFA has been satisfied. Accordingly, for these reasons, and the reasons set forth in the accompanying Memorandum of Law, the Complaint should be dismissed in its entirety.

Respectfully submitted this 30th day of October, 2015.

*/s/ Tony G. Powers*

Tony G. Powers
Georgia Bar No. 586586
Joshua P. Gunnemann
Georgia Bar No. 152250
Julia B. Stone
Georgia Bar No. 200070

ROGERS & HARDIN LLP                    *Counsel for Defendant*
2700 International Tower
229 Peachtree Street NE
Atlanta, GA 30303
Phone: 404-522-4700
Facsimile: 404-525-2224
tpowers@rh-law.com
jgunnemann@rh-law.com
jstone@rh-law.com